**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., et al, | § | |
| Plaintiffs, | § | |
| | § | Case No. 6:15-cv-01168-JRG |
| v. | § | LEAD CASE |
| | § | |
| AVAYA INC., | § | |
| OOVOO, LLC, | § | Case No. 6:16-cv-00324-JRG |
| Defendants. | | |

**ORDER OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS BY UNILOC AGAINST OOVOO**

On this day, the Court considered the Stipulation of Dismissal With Prejudice of All Claims By Uniloc Against ooVoo, (Dkt. No. 208) filed by Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. (collectively "Uniloc"), and Defendant ooVoo, LLC ("ooVoo").  The Court is of the opinion that the case should be **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (ii).

Accordingly, it is **ORDERED** that:

1. Any and all claims by Uniloc against ooVoo are **DISMISSED WITH PREJUDICE**.

2. Uniloc and ooVoo shall each bear their own attorney's fees, expenses and costs.

3. All other relief requested between Uniloc and ooVoo is hereby **DENIED AS MOOT**.

**So ORDERED and SIGNED this 5th day of April, 2017.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE